**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **JASON IEPPERT** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 2:07-CV-36** |
| § | |
| **THE CROSBY GROUP, INC.** § | |

**ORDER ADOPTING RULING OF
UNITED STATES MAGISTRATE JUDGE**

Before the Court are Plaintiff's Objections to Order of Magistrate Entered on January 22, 2008 (Doc. No. 65). After careful consideration of Plaintiff's objections, the Court is of the opinion that the Magistrate Judge's ruling was correct. This case is on a short trial schedule, and a number of the discovery problems have only recently been presented to the Court. There has been confusion regarding the discovery order and how many experts each side was allowed to designate. The Court clarified the discovery order, stating that each side was allowed to designate four expert witnesses. (Doc No. 42). The Court also allowed the parties to file a motion requesting expansion of the number of designated experts should they wish to do so. (*See* Doc No. 42). Defendant filed a motion seeking to expand the number of experts it could designate, and the Magistrate Judge found that motion to be meritorious. (Doc. No. 60). The Court finds the Magistrate Judge's ruling to be correct, and hereby OVERRULES Plaintiff's objections.

However, the Court must clarify the previous order. To the extent the prior order appears to require Plaintiff to designate expert witnesses within five days of the issuance of the previous order, which was not the intent of the Court, the Court now sets Plaintiff's deadline to designate responsive experts to February 25, 2008.

**So ORDERED and SIGNED this 30th day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**